# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

NATHAN HALE, individually and on behalf of all others similarly situated                                                PLAINTIFF

v.                                    NO. 4:14CV00236 JLH

JW ALUMINUM COMPANY                                                                                                     DEFENDANT

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against the defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for ninety (90) days to vacate this Order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 4th day of September, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE